**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

AUG 1 6 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| SERGIO GONZALEZ-DIAZ<br>a.k.a. Jorge Lopez-Ordonez | * | |
| | * | |
| VS | * MISC. NO. B-04-022 | |
| | * | |
| UNITED STATES OF AMERICA | * (CR. NO. B-03-377) | |

United States District Court
Southern District of Texas
ENTERED

AUG 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

**NOTICE OF DISMISSAL
<u>FOR WANT OF PROSECUTION</u>**

On July 12, 2004, the U.S. District Clerk mailed an application to proceed in forma pauperis to the Petitioner. The Petitioner has failed to response and has not filed said document.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by September 17, 2004.

DONE at Brownsville, Texas, this 16th day of August 2004.

_____
Felix Recio
United States Magistrate Judge