IN THE UNITED STATES DISTRICT COURT
FOR THE **SOUTHERN** DISTRICT OF TEXAS
**BROWNSVILLE** DIVISION

**SERGIO GONZALEZ DIAZ (23362-179)**
Plaintiff's name and ID Number  AKA Antelmo Castillo Martinez
                                AKA Jorge Lopez-Ordoñez

**REEVES COUNTY DETENTION CENTER, PECOS, TX**
Place of Confinement

United States District Court
Southern District of Texas
FILED

SEP - 2 2004

Michael N. Milby
Clerk of Court

CASE NO. _____
(Clerk will assign the number)

v.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

**UNITED STATES OF AMERICA**
Defendant's name and address

I, **SERGIO GONZALEZ DIAZ**, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment      Yes☐ No☑
   b. Rent payments, interest or dividends?             Yes☐ No☑
   c. Pensions, annuities or life insurance payments?   Yes☐ No☑
   d. Gifts or inheritances?                            Yes☐ No☑
   e. Family or friends?                                Yes☑ No☐
   f. Any other sources?                                Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   Bertha Gonzalez 200⁰⁰, Angel Rodriguez 60⁰⁰,
   Ana Morales 30⁰⁰, Cindy Rivera 25⁰⁰, Pay as an Orderly 21.80—

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
                Yes☐                No☑
   If you answered YES, state the total value of the items owned.

   _____

   _____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property,

excluding ordinary household furnishings and clothing?

                Yes ☐                 No ■

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __27th__ day of __August__, ~~19~~ __2004__

                                _Sergio Gonzalez Diaz_    __23362-179__
                                Signature of Plaintiff        ID Number (RCDC 77625)

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6.97

# REEVES COUNTY DETENTION CENTER
## Inmate Statement

**REG #:** 23362-179  **Inmate Name:** MARTINEZ, ANTELMO

**RCDC#:** 77625  **Avail. Balance:** $20.33

| DATE | TIME | FROM | TO | RCPT# | AMOUNT | COMMENT | WHO |
|---|---|---|---|---|---|---|---|
| 08-24-2004 | 09:09 | IMTR | COMS | 645582 | -8.50 | Commissary Sale | ccampos |
| 08-16-2004 | 14:18 | IMTR | COMS | 643305 | -26.87 | Commissary Sale | sevans |
| 08-12-2004 | 16:22 | MAIL | MORD | 642158 | 30.00 | MR: A.MORALES | mailroom |
| 08-09-2004 | 15:26 | IMTR | COMS | 640278 | -21.56 | Commissary Sale | sevans |
| 08-09-2004 | 14:54 | MAIL | MORD | 640114 | 25.00 | MR: C.RIVERA | mailroom |
| 08-06-2004 | 23:36 | IPAY | BPAY | 638071 | 5.00 | A-Wing Orderly | ipp |
| 08-06-2004 | 23:36 | IPAY | PPAY | 638070 | 16.80 | A-Wing Orderly | ipp |
| 08-05-2004 | 19:37 | IMTR | COMS | 637767 | -3.00 | Commissary Sale | sevans |
| 08-02-2004 | 14:05 | IMTR | COMS | 635467 | -37.21 | Commissary Sale | gleos |
| 07-30-2004 | 15:14 | MAIL | MORD | 634900 | 40.00 | MR: B.GONZALEZ | mailroom |
| 07-19-2004 | 18:09 | IMTR | COMS | 630722 | -4.00 | Commissary Sale | gleos |
| 07-12-2004 | 18:28 | IMTR | COMS | 627578 | -45.33 | Commissary Sale | ccampos |
| 07-08-2004 | 17:30 | IMTR | COMS | 624028 | -10.00 | Commissary Sale | gleos |
| 07-08-2004 | 15:52 | MAIL | MORD | 623853 | 60.00 | MR: EXPRESS MAIL, B.GONZ | mailroom |
| 06-24-2004 | 09:55 | IMTR | COMS | 618974 | -4.37 | Commissary Sale | gleos |
| 06-21-2004 | 14:21 | IMTR | COMS | 617391 | -15.67 | Commissary Sale | cnabarrette |
| 06-14-2004 | 14:36 | IMTR | COMS | 614871 | -39.96 | Commissary Sale | cnabarrette |
| 06-10-2004 | 16:12 | MAIL | OTCK | 613815 | 60.00 | MR: WESTERN UNION | arodriguez |
| 06-07-2004 | 14:41 | IMTR | COMS | 611752 | -1.50 | Commissary Sale | ccampos |
| 06-07-2004 | 14:38 | IMTR | COMS | 611745 | -5.00 | Commissary Sale | ccampos |
| 06-02-2004 | 15:10 | IMTR | COMS | 608240 | 6.00 | Commissary Sale | llozano |
| 06-02-2004 | 15:08 | IMTR | COMS | 608237 | -19.50 | Commissary Sale | llozano |
| 06-01-2004 | 15:22 | MAIL | MORD | 607204 | 20.00 | MR: B.HERNANDEZ | mailroom |
| 06-01-2004 | 13:25 | IMTR | COMS | 607324 | 0.00 | Commissary Sale | rjones |
| 05-24-2004 | 23:35 | BEGB | IMTR | 0 | 0.00 | INITIAL BALANCE | mrayos |



SERGIO GONZALEZ DIAZ
AKA ANTELMO CASTILLO MARTINEZ
AKA JORGE LOPEZ ORDONEZ
ID # 23362-179
REEVES COUNTY DETENTION CENTER
PECOS, TEXAS, 79772.


HONORABLLE: FELIX RECIO
U.S. MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS.


    ON AUGUST 24 2004, I RECIVIED FROM THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS, A NOTICE OF DISMISSAL FOR WANT OF PROSECUTION, SAYING THAT THE PETITIONER FAILD TO RESPONSE AN AN APPLICATION TO PROCEED IN FORMA PAUPERIS, SENT BY THE U,S, DISTRICT CLERK, ON JULY 12, 2004,
    I WOULD LIKE TO INFORM TO YOUR HONORABLE COURT THAT SAID DOCUMENT; I NEVER RECIVIED, AND NEVER HAD IT, IN MY HANDS;BUT IN RESPONSE TO THE NOTICE, I AM SENDING AN APPLICATION TO PROCEED IN FORMA PAUPERIS, WITH ALL THE INFORMATION REQUIRED BY YOUR HONORABLE COURT.


                 YOURS FAITHFULLY:

*[signature]*
SERGIO GONZALEZ DIAZ