**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

FEB 09 2005

Michael N. Milby, Clerk of Court

| | |
|---|---|
| SERGIO GONZALEZ-DIAZ | * |
| VS | * MISC. NO. B04-022 |
| UNITED STATES OF AMERICA | * (Criminal No. B03-377) |

## ORDER

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **April 11, 2005**. Said response shall include the transcript of the plea and sentencing record.

DONE at Brownsville, Texas, this 9th day of February 2005.

_____
Felix Recio
United States Magistrate Judge



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only. No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Reciept Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Mr. Sergio Gonzalez-Diaz
Reeves County Detention Center
P.O. Box 1560
Pecos, TX  79772-1560
MISC No. B04-22 (2/29/05 Order)

7003 1680 0006 5214 1697