**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Sergio Gonzalez-Diaz
Reg. No. 23362-179
Reeves County Detention Center
PO Box 1560
Pecos, TX 79771-1560
Misc. No. B04-22 (2/9/05 Order)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                         ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7003 1680 0006 5214 1697

PS Form 3811, August 2001          Domestic Return Receipt          102595-01-M-0