**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Sergio Gonzalez-Diaz aka Jorge Lopez-Ordonez
RCDS I
P.O. BOX 1560
Pecos TX 79772-5380

---

Case: 1:04-mc-00022   Instrument: 4   (1 pages)
Date: Feb 10, 2005
Control: 050213942
Notice: The attached order has been entered.

---

## AUTHORIZATION TO SEND NOTICES
## BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022, 9036. For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: (_____) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: (_____) _____

**Mail to:**   Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

R.T.S.

RETURN TO SENDER
( ) Not at this Address
( ) Addressee Unknown
( ) Unauthorized
(X) Need Correct Inmate Name / Reg #