United States District Court
Southern District of Texas
FILED

APR 1 1 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SERGIO GONZALEZ-DIAZ, § | | |
| Petitioner, § | | |
| § | Civil No. B-04-022 | |
| v. § | (Criminal No. B-03-377) | |
| § | | |
| UNITED STATES OF AMERICA, § | | |
| Respondent. § | | |

### GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S 28 U.S.C. §2255 MOTION

I.

This court ordered the government to respond by April 11, 2005, to Gonzalez' §2255 motion. The government seeks a Thirty (30) day extension of time to respond to his motion to vacate sentence.

II.

The undersigned requests an additional thirty (30) day extension of time on behalf of the government and the assigned Assistant United States Attorney. The extension is necessary in order for the government to order necessary court transcripts of Gonzalez' rearraignment and sentencing hearings. These transcripts are critical to determine the merit of Gonzalez' claims.

Although Cisneros' motion was filed on September 2, 2004, the court did not issue its order to respond until February 9, 2005. The response was not assigned to the undersigned until March 7, 2005, and not received by the undersigned until March 24, 2005. The court ordered transcripts of the sentencing and rearraignment hearings were ordered on March 17, 2005. On April 11, 2005, the undersigned learned that the transcripts will not be completed

1

until April 17, 2005. On March 31, 2005, the undersigned caused to be emailed to Gonzalez' trial counsel, Richard Rodriguez, a copy of Gonzalez' §2255 motion with an invitation to prepare an affidavit addressing Gonzalez' claims relating to ineffective assistance. To date no response has been received. Gonzalez' complaints of ineffective assistance include the claim that counsel failed to timely file notice of appeal on Gonzalez' behalf. As a practical matter, determination of this issue will dispose of Gonzalez' filing.

Since January 12, 2005, the date the Supreme Court released its opinion in *U.S. v. Booker*, 2005 WL 50108 (U.S. January 12, 2005), the appellate division has been inundated with *Booker* related issues. In addition to dealing with *Booker* issues, the undersigned has also filed eight (8) 5th Circuit briefs during the past two weeks. The result is that the instant motion has been neglected. In cases in which the order to respond includes an order to file transcripts, due to constraints of time, normally the transcripts are ordered out of Houston. Since Booker, this procedure has suffered neglect. Although the undersigned has been unable to reach trial counsel, it is likely counsel will wish to review the subject transcripts prior to filing an affidavit.

2

III.

Wherefore, PREMISES CONSIDERED, the government respectfully requests that this Court grant the government's motion for extension of time and extend the time for filing the government's response by thirty (30) days, resulting in the government's response due for filing on or before May 13, 2005.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

*[signature]*

MARK M. DOWD
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

    I, Mark M. Dowd, do hereby certify that a copy of the foregoing Motion for Extension has been mailed on this the __11__ day of __April_____, 2005, via certified mail, return receipt requested to
    Mr. Sergio Gonzalez-Diaz
    Reg No. 23362-179
    RCDC I
    Pecos, Texas 79772-1560

_____
MARK M. DOWD
Assistant United States Attorney

4