UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SERGIO GONZALEZ-DIAZ,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. B-04-022<br>(Criminal No. B-03-377) |

ORDER

It is hereby ORDERED that the government's motion for extension of time to respond to Gonzalez' motion under 28 U.S.C. §2255 be GRANTED. The government is directed to respond to his motion for relief on or before May 13, 2005.

DONE this _____ day of _____, 2005 at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE

5