United States District Court
Southern District of Texas
FILED

APR 1 4 2005

Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED

APR 1 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SERGIO GONZALEZ-DIAZ, | § | |
| Petitioner, | § | Misc. |
| | § | ~~Civil~~ No. B-04-022 |
| v. | § | (Criminal No. B-03-377) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

### ORDER

It is hereby ORDERED that the government's motion for extension of time to respond to Gonzalez' motion under 28 U.S.C. §2255 be GRANTED. The government is directed to respond to his motion for relief on or before May 13, 2005.

DONE this 14th day of April, 2005 at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE

5