# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Sergio Gonzalez-Diaz aka Jorge Lopez-Ordonez
RCDS I
P.O. BOX 1560
Pecos TX 79772-5380



United States Courts
Southern District of Texas
FILED

APR 2 5 2005

Michael N. Milby, Clerk

---

Case: 1:04-mc-00022   Instrument: 8   (1 pages)
Date: Apr 15, 2005
Control: 050424112
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
                and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
                and
Register on-line for a training class to receive your user privileges.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States Courts
Southern District of Texas
FILED
APR 2 5 2005
Michael N. Milby, Clerk



REFUSED



RETURN TO SENDER
( ) Not at this Address
( ) Addressee Unknown
( ) Unauthorized
(X) Need Correct Inmate Name / Reg. #



Hasler
Mailed From 77002
04/18/2005
$00.370
US POSTAGE
012H1620294g