IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Respondent-Plaintiff | § | |
| | § | |
| vs. | § | CA B-04-022 |
| | § | |
| SERGIO GONZALEZ-DIAZ, | § | |
|    aka, Jorge Lopez-Ordonez, | § | |
|    Petitioner-Defendant | § | |
|    ( CR B-03-377) | § | |

## ORDER

The Court, having considered Gonzalez' motion to vacate sentence and the Government's response, concludes that dismissal of the cause is warranted. Gonzalez has failed to overcome the jurisdictional burden of demonstrating cause for failure to pursue his claim on direct appeal. Gonzalez fails to demonstrate any prejudice as a result of the complained of deficiencies or his actual innocence. Gonzalez fails to show his attorney's performance was deficient or that he suffered any prejudice therefrom. Even if the merits were reached, the record refutes the substance of each of his claims.

Therefore, Gonzalez' motion should be DISMISSED in its entirety.

DONE on this the _____ day of _____, 2005 at Brownsville, Texas.

FELIX RECIO
UNITED STATES MAGISTRATE JUDGE