## AFFIDAVIT AND RESPONSE TO PETITIONER'S ALLEGATION
### Criminal Case No. B-03-377
### Civil Action No. B-04-MC-22

BEFORE ME, the undersigned authority, personally appeared **RICHARD R. RODRIGUEZ**, who, after being by me duly sworn stated the following under oath:

"My name is **RICHARD R. RODRIGUEZ**. The statements contained herein are true and correct.

I represented SERGIO GONZALEZ-DIAZ, aka JORGE LOPEZ-ORDONEZ in the above mentioned Criminal Action. At the time of his plea, SERGIO GONZALEZ-DIAZ did not indicate to me he wanted to appeal his case. I did not receive any correspondence and/or phone calls (that I can recall) indicating he wanted to appeal. I also do not recall being contacted by any family member indicating he wanted to appeal. Also, there was no discussion as to what the fees would be to appeal. Thus, from what I can recall about the case, I pled SERGIO GONZALEZ-DIAZ and advised him of his rights, and did not hear from him after that.

_____
RICHARD R. RODRIGUEZ

SWORN and SUBSCRIBED before me, the undersigned authority, on this 18th day of April, 2005.

_____
Notary Public, State of Texas

ROSIE C. VILLARREAL
Notary Public, State of Texas
My Commission Expires
June 11, 2006

ATTACHMENT A