UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAY 3 1 2005
Michael N. Milby, Clerk of Court

ENTERED
MAY 3 1 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| SERGIO GONZALEZ-DIAZ<br>a.k.a. Jorge Lopez-Ordonez | * * * | |
| VS | * | Misc. No. B-04-022 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-03-377) |

## ORDER

The above-styled and numbered 28 U.S.C. § 2255 cause of action has been set for an **evidentiary hearing** on June 29, 2005, at 2:00 p.m. Therefore, attorney Chris Iles is **appointed** to represent the Petitioner at said hearing.

The United States Attorney is hereby **ORDERED** to issue an administrative writ ad testificandum for the Petitioner's presence at the evidentiary hearing on June 29, 2005.

The Clerk is hereby **ORDERED** to issue a subpoena to attorney Richard R. Rodriguez for his presence as this evidentiary hearing.

DONE at Brownsville, Texas, this 31st day of May 2005.

Felix Recio
United States Magistrate Judge