AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF 05 MAY 31 AM 6:10

**SERGIO GONZALEZ-DIAZ**
V.
**UNITED STATES OF AMERICA**

SUBPOENA IN A CIVIL CASE — TX.

Case Number:[1] **1:04mc022**

United States District Court
Southern District of Texas
FILED
JUN 0 9 2005
Michael N. Milby
Clerk of Court

TO:   Richard R. Rodriguez
      Attorney at Law
      1117 E. Harrison, Harlingen, TX

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| **BEFORE MAGISTRATE JUDGE FELIX RECIO**<br>U.S. Federal Building & Courthouse<br>600 E. Harrison<br>Brownsville, TX 78520 | **Courtroom 1, 2nd Floor** |
| | DATE AND TIME |
| | **June 29, 2005, 2:00 p.m.** |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *L. M. Villarreal*   Deputy Clerk | May 31, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Felix Recio, U.S. Magistrate Judge
600 E. Harrison, #203, Brownsville, TX 78520
956/548-2701

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 6-02-05 | 1117 E. Harrison, Harlingen Texas |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Richard R. Rodriguez | served in person |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| David Herrera | Deputy U.S. Marshal |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   6-02-05
            DATE

SIGNATURE OF SERVER

600 Harrison Brownsville, TX 78520
ADDRESS OF SERVER

executed at 3:09 PM.