OPINION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| SERGIO GONZALEZ-DIAZ, A.K.A. Jorge Lopez-Ordonez Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA Respondent | § § § § § § § § §   MISC. NO. B-04-022<br>(Cr. No. B-03-377) |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

### Introduction

On June 29, 2005, the court convened an evidentiary hearing at which Sergio Gonzalez-Diaz, (hereinafter called Petitioner), his prior trial counsel, Ricardo Rodriguez, his present counsel Chris Iles and Mark Dowd of the United States Attorney's Office, were present. The sole issue was whether to allow Petitioner to file an out-of-time appeal. For the reasons stated below, the Magistrate Judge recommends that an out-of-time appeal be GRANTED.

### Background

On May 6, 2003, Petitioner was charged by Indictment with illegal reentry, in violation of 8 U.S.C. § 1326(a) & (b) (Docket No. 1; PSR 1-2). He pleaded guilty to the indictment without a plea agreement on July 2, 2003, (Docket No. 10, 11; PSR 3). On October 9, 2003, the District Court sentenced Petitioner to fifty-one (52) months imprisonment, to be followed by a three (3) term of supervised release (Docket No. 24). On February 2, 2004, the Petitioner wrote a letter requesting authorization to file late notice of appeal (Docket No. 28). On March 1, 2004, the district court, construing

Petitioner's filing as a request for an out-of-time appeal, denied the request on the basis that it was more than thirty (30) days past the deadline (Docket No. 29). On July 12, 2004, Petitioner filed his formal motion pursuant to 28 U.S.C. § 2255, claiming that he directed his trial counsel to perfect his direct appeal and that counsel failed to do so.

### Allegation

Petitioner Gonzalez contends that he instructed his retained counsel to perfect an appeal on his behalf. Trial counsel failed to file notice of appeal as directed, despite repeated contacts by Petitioner's wife. Trial counsel, Richard Rodriguez, testified that Petitioner did not instruct him to file an appeal. This Court finds that there was a misunderstanding and miscommunication between Petitioner and his trial counsel.

### Recommendation

IT IS THEREFORE RECOMMENDED that Petitioner Gonzalez be granted an out-of-time appeal.

### Notice to Parties

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Services Automobile Association, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 18th day of July 2005.

_____
Felix Recio
United States Magistrate Judge