ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| SERGIO GONZALEZ-DIAZ, | § | |
| A.K.A. Jorge Lopez-Ordonez | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | MISC. NO. B-04-022 |
| | § | (Cr. No. B-03-377) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that Petitioner Sergio Gonzalez-Diaz be and is hereby GRANTED an out-of-time appeal.

DONE at Brownsville, Texas this 15 day of September 2005.

Hilda Tagle
United States District Judge